ANNA M. PINCHIN, PLAINTIFF-PETITIONER, v. RICHARD H. DAYES, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Burton, Seidman & Burton, Mr. Robert T. Quackenboss* and *Mr. John H. Stockel* for the respondents.

December 14, 1965. Denied.

SOFIA LAMBRO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DeCAMP BUS LINES, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Rooney, Peduto & Sheehy* for the petitioners.

*Messrs. Connell & Andersakes* for the respondents.

November 30, 1965. Denied.

STATE OF NEW JERSEY, BY STATE HIGHWAY COMMISSION, PLAINTIFF-RESPONDENT, v. ALBERT S. DAVIS, JR., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 87 *N. J. Super.* 377.

*Messrs. Stevens & Mathias* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. John F. Cannon* for the respondent.

December 14, 1965. Denied.